1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PRICE, | Case No.  1:16-cv-00702-LJO-BAM |
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM AND FAILURE TO OBEY A COURT ORDER |
| v. | |
| RAYMOND E. MABUS, Secretary, Department of the Navy, | (Doc. 10) |
| Defendant. | **FOURTEEN-DAY DEADLINE** |

Plaintiff Edward Price ("Plaintiff") proceeds pro se and in forma pauperis in this civil action. Plaintiff initiated this action on May 19, 2016. (Doc 1.)

On November 29, 2016, the Court issued a screening order dismissing Plaintiff's third amended complaint and granting him a final opportunity to amend his complaint within thirty (30) days. (Doc. 10) The Court expressly warned Plaintiff that the failure to file an amended complaint in compliance with the Court's order would result in this action being dismissed for failure to state a cognizable claim and failure to obey a court order. (*Id.* at 6.)  On December 29, 2016, in lieu of a fourth amended complaint, Plaintiff filed a letter with the Court addressed to Defendant Raymond E. Mabus in support of his complaint.  (Doc. 11).  To date, Plaintiff has failed to file an amended complaint in compliance with the Court's screening order.

///

1

1       Accordingly, Plaintiff is HEREBY ORDERED to show cause in writing, within **fourteen**

2   **(14) days** of service of this order, why this action should not be dismissed for Plaintiff's failure to

3   comply with the Court's November 19, 2016 screening order and for failure to state a claim.

4   Plaintiff can comply with this order to show cause by filing an amended complaint that complies

5   with the Federal Rules of Civil Procedure and instructions in the screening order. **The failure to**

6   **respond to this order will result in a recommendation for dismissal of this action for failure**

7   **to state a claim and failure to obey a court order.**

8
    IT IS SO ORDERED.
9

10      Dated:    **January 12, 2017**                     /s/ *Barbara A. McAuliffe*        _

11                                               UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28